--- PRESORTED FIRST CLASS ---

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

02 1R
0006557458
MAILED FROM ZIP CODE 78701

$ 00.26⁵
JAN 13 2015

1/5/2015
**Guardiola, Patrick Anthony**   Tr. Ct. No. 1202394-A   WR-74,047-05
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

RTS  Discharged       Abel Acosta, Clerk

PATRICK ANTHONY GUARDIOLA
#1644751

NOT DELIVERABLE
AS ADDRESSED
RETURN TO SENDER